GABRIEL BEASLEY and another v. WILLIAM P. ALLEN.

Where the bond executed by an appellant is for a smaller amount than was required by the judge, the appeal will be dismissed.

APPEAL from the District Court of St. Mary, *King*, J.

*W. C. Dwight*, for the plaintiffs, moved to dismiss this appeal, on account of the insufficiency of the bond.

*Splane* and *Stewart*, for the appellant.

BULLARD, J. The appellees move to dismiss this appeal on the ground that the bond is not such as is required by the judge. The bond required was to exceed the amount of the judgment by fifty per cent. The one given is clearly insufficient, being for much less.

*Appeal dismissed.*